# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: THOMAS E. LINDSAY & KIMBERLY R. LINDSAY        Case Number: 05-74436
515 E. NORTH STREET              SSN-xxx-xx-0615 & xxx-xx-0945
DURAND, IL  61024

Case filed on: 8/30/2005
Plan Confirmed on: 3/3/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,070.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,084.17 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,084.17 | 0.00 |
| 026 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 210 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | THOMAS E. LINDSAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | THOMAS E. LINDSAY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALLIANCE ONE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | VENGROFF WILLIAMS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 555.74 | 555.74 | 19.90 | 0.00 |
| 005 | CCA / CREDITPAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT BUREAU CENTRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PREMIER BANKCARD/CHARTER | 361.67 | 361.67 | 0.00 | 0.00 |
| 011 | HANDYMAN CLUB OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HOME CARE PHARMACY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINOIS STATE TOLLWAY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MEDIACOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NICOR GAS | 918.59 | 918.59 | 32.88 | 0.00 |
| 018 | PRIME THERAPEUTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LVNV FUNDING LLC | 1,347.47 | 1,347.47 | 48.24 | 0.00 |
| 020 | READER'S DIGEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 158.80 | 158.80 | 0.00 | 0.00 |
| 022 | ROCKFORD REGISTER STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SOUTHERN WISCONSIN ORAL SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | STATE BANK OF DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | AFNI/VERIZON | 278.56 | 278.56 | 0.00 | 0.00 |
| 027 | AMERICREDIT | 15,067.50 | 15,067.50 | 539.45 | 0.00 |
| 028 | AFNI/VERIZON | 1,549.03 | 1,549.03 | 55.46 | 0.00 |
|  | Total Unsecured | 20,237.36 | 20,237.36 | 695.93 | 0.00 |
|  | Grand Total: | 21,601.36 | 21,601.36 | 1,944.10 | 0.00 |

Total Paid Claimant:      $1,944.10
Trustee Allowance:         $125.90         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       3.44         discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                   By  /s/Heather M. Fagan